

**FILED**

**AUG 2 9 2016**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

STEPHEN C. WILLIAMS
U.S. MAGISTRATE JUDGE
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. )    CASE NUMBER _16·mj·7070_
)
GEORGE D. TREECE )
)    Title 18, United States Code
)    Section 2113(a)
Defendant. )

## CRIMINAL COMPLAINT

I, Daniel D. Cook, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief:

### COUNT 1

### BANK ROBBERY

On or about August 26, 2016, in Marion County, Illinois, within the Southern District of Illinois,

### GEORGE D. TREECE,

defendant herein, by force, violence, and intimidation, did take from the person or presence of another, money belonging to and in the care, custody, control, management, and possession of Farmers State Bank, a bank whose accounts of which are insured by the Federal Deposit Insurance Corporation. All in violation of Title 18, United States Code, Section 2113(a).

### AFFIDAVIT

Your affiant, Daniel D. Cook, after being duly sworn, does hereby state that he is a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and has been so employed for six years, and as such, is vested with the authority to investigate violations of Federal laws, including Titles 18 and 21 of the United States Code. Your affiant also has six years prior

Federal law enforcement experience as a United States Postal Inspector and six years prior state law enforcement experience as a municipal Police Officer for the City of Lincoln, Nebraska. Your affiant is currently assigned to the Springfield Division of the FBI, Fairview Heights, Illinois Resident Agency and has primary investigative responsibilities for violent and drug crimes occurring in the Southern District of Illinois.

The statements contained in this affidavit are based on the investigation of your affiant, as well as information derived from reports and interviews of the law enforcement officers and witnesses named herein.  In support of this Complaint, your affiant states as follows:

1)      On August 26, 2016, at approximately 1:13 p.m., an adult white male (dark skin complexion / tanned) wearing a plaid shirt, dark colored pants, and a dark colored baseball hat entered the Farmers State Bank in Central City, Illinois, through the customer entrance and exit doors.

2)      Upon entering the bank, the adult white male wearing the plaid shirt, dark colored pants, and a dark colored baseball hat approached a bank teller with the initials of D.B., demanded United States currency from bank teller D.B., and lifted his shirt exposing a handgun on his right hip.  Bank teller D.B. removed United States currency from the teller drawer and placed the United States currency on the teller counter.  Bank teller D.B. also provided the adult white male wearing the plaid shirt, dark colored pants, and a dark colored baseball hat bait bills from the teller drawer.  After putting the United States currency on the teller counter, the adult white male wearing the plaid shirt, dark colored pants, and a dark colored baseball hat picked up the United States currency (and the bait bills), turned and walked away from the teller counter, and then exited the bank through the customer entrance and exit doors.

3)      The Central City Police Department and surrounding law enforcement agencies

(to include the Centralia Police Department) were notified of the bank robbery via police radio (dispatch) and responded to the area.

5) A Centralia Police Department patrol officer was several blocks away from the bank and observed a gray sport utility vehicle (SUV) with no front license plate and an unknown out of state (non-Illinois) rear license plate make an abrupt turn onto a side street. The Centralia Police Department patrol officer indicated he believed this gray SUV made the abrupt turn onto a side street in an effort to avoid him. The Centralia Police Department patrol office began to "parallel" the gray SUV on another street and observed the gray SUV to be travelling at a speed in excess of the speed limit. In an effort to catch up to the gray SUV the Centralia Police Department patrol officer activated his emergency lights. The Centralia Police Department patrol officer ultimately got behind the gray SUV. The gray SUV did not stop, violated a traffic signal(s) and accelerated away from the Centralia Police Department patrol officer. The Centralia Police Department patrol officer activated his siren on his patrol car, notified other law enforcement officers via his police radio of the description of the gray SUV and initiated a vehicle pursuit.

6) The Centralia Police Department patrol officer stated the vehicle pursuit continued outside the Centralia, Illinois city limits into the county. During the pursuit the Centralia Police Department patrol officer said speeds were in excess of 100 mph and at times during the pursuit he lost sight of the gray SUV.

7) The gray SUV was ultimately located in a corn field after it had crashed. Responding law enforcement officers located a white adult female near the gray SUV with the initials of T.W. T.W. told law enforcement officers there was an adult white male in the SUV with her when they were being pursued by law enforcement officers. Law enforcement officers

established a perimeter around the area, utilized canines, and began searching for the adult white male.

8)    Ultimately, an adult white male was located in an adjacent bean field. This adult white male was identified as George David Treece, date of birth 07/02/19XX, social security account number 418-06-XXXX.    Treece's physical description (white male, dark skin complexion / tanned) matched the description of the Farmers State Bank robber.

9)    A search of the area around the crashed gray SUV and in the corn field resulted in the discovery of United States currency, clothing to include a plaid shirt, dark colored pants, and a blue colored baseball cap. A search of the bean field in the area around where Treece was located resulted in the discovery of a large sum of United States currency. Treece had United States currency on his person.

10)    On 08/26/2016, your affiant made contact with T.W. at the Centralia Police Department in an audio and video recorded interview room. Your affiant identified himself as a FBI Special Agent. Prior to asking T.W. investigative questions, your affiant using a FBI advice of rights form, advised T.W. of her Miranda rights. T.W. stated she understood her rights, signed the FBI advice of rights form, and agreed to answer questions.

11)    T.W. said she met "David" approximately a month ago in Alabama. T.W. said she and "David" are "friends." On either Tuesday (08/23/16) or Wednesday (08/24/16) she and "David" left her home in Alabama in "David's" truck "just to get away." T.W. said they were just going to go somewhere.

12)    T.W. said she and "David" drove north and stayed at motels. On Friday (08/26/2016) they woke up in a motel in Benton, Illinois. They left the motel in "David's" truck. Sometime on Friday she began to drive "David's" truck and "David" was the passenger.

"David" observed a bank and instructed T.W. to park in an alley / street next to the bank. "David" told T.W. he had a check to cash and was going inside the bank to cash the check. T.W. waited in the truck.

13) T.W. estimated "David" was inside the bank for several minutes and when he returned to the truck he got into the passenger seat and said "let's go." T.W. drove the truck away from the bank. After driving away from the bank, T.W. and "David" observed police vehicles with the emergency lights activated. After seeing the police vehicles, "David" leaned over from the passenger seat and put his foot on the accelerator. "David" told her to switch seats with him which she did. "David" drove the truck from the driver's seat, fleeing from the pursuing police vehicles at a high rate of speed. T.W. stated she was telling "David" to stop. "David" did not stop and drove the truck on the wrong side of the road and through fields. Ultimately, "David" crashed the truck in a cornfield and then fled from the truck. T.W. did not flee from the scene of the crash.

14) T.W. denied she knew "David" was going to rob Farmers State Bank. T.W. denied "David" talked to her about robbing any bank. T.W. admitted she smokes methamphetamine.

15) On 08/26/2016, your affiant made contact with George David Treece at the Centralia Police Department in an audio and video recorded interview room. Your affiant identified himself as a FBI Special Agent. Prior to asking Treece investigative questions, your affiant using a FBI advice of rights form, advised Treece of his Miranda rights. Treece stated he understood his rights, signed the FBI advice of rights form, and agreed to answer questions.

16) Treece stated he met T.W. two or three weeks ago in Alabama and they are

"friends." Treece stated his name is George David Treece but most people know him as "David." Treece said his fiancé has separated from him and his personal family life is not good. Treece said family members have stolen money from him and his financial situation is poor.

17) Treece said he left Alabama on Wednesday (8/24/2016) with T.W. in his truck with the intention of committing a bank robbery. Treece did not know what bank he was going to rob but he did not want to rob a bank anywhere near his home and family in Alabama. Treece said he told T.W. he was going to rob a bank and would split the money with her. Treece said he did not know if T.W. actually believed he was going to rob a bank.

18) Treece said on Friday (08/26/2016) he and T.W. left a motel in Benton, Illinois and drove north. Treece was looking for bank locations on his cellular telephone. Treece said he was driving his truck and found a bank. He parked the truck in an alley next to the bank. Treece entered the bank alone and approached a bank teller. Treece told the bank teller to, "give me the $50s" and "loose bills." Treece said he lifted up his shirt and showed the bank teller a pellet gun (handgun) he had in a holster on his right hip. The bank teller complied and put United States currency on the teller counter. Treece picked up the United States currency and walked out of the bank with the United States currency.

19) When Treece returned to his truck, T.W. was in the driver's seat and he got into the passenger seat. T.W. drove the truck away from the bank. When Treece observed police vehicles he switched seats with T.W. and began driving the truck. When the police began to follow his truck, Treece accelerated in an attempt to get away from the police. Treece said he drove through several fields in an attempt to hide from the police. Treece said he ultimately crashed his truck in a cornfield and fled on foot from the truck. Treece hid in several fields and

observed police around him. When he believed police officers observed him in the field, he surrendered to the police.

20) Approximately a week prior to leaving Alabama, he purchased a pellet gun (handgun used in the bank robbery) and a holster at a Wal Mart in Alabama. After fleeing the crashed truck, and before surrendering to police, Treece said he buried the pellet gun.

21) Treece admitted he smokes methamphetamine.

22) Farmer's State Bank provided law enforcement officers the serial numbers of the stolen bait bills. An examination of the recovered United States currency from the fields, the gray SUV, and from Treece's person resulted in the recovery of the Farmers State Bank bait bills.

23) Your affiant reviewed Farmers State Bank surveillance video photographs and the bank robber is wearing gray and white colored shoes. At the time Treece was taken into custody, he was wearing gray and white colored shoes that appear to match the shoes worn by the bank robber. The plaid shirt, dark colored pants, and the blue colored baseball cap found in the area around the crashed gray SUV all match the clothing worn by the bank robber.

24) As a result of the bank robbery, Farmers State Bank suffered a loss of $3,800 in United States currency. At the time of the bank robbery, your affiant confirmed Farmers State Bank was insured by the Federal Deposit Insurance Corporation (FDIC).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DANIEL D. COOK,
Special Agent, Federal Bureau of Investigation

State of Illinois          )
                           )    SS.
County of Marion           )

Sworn to before me and subscribed in my presence on the 29th day of August 2016, at East St. Louis, Illinois.

STEPHEN C. WILLIAMS
United States Magistrate Judge

DONALD S. BOYCE
United States Attorney

XXXXXXXXXXXXXXXXX
Assistant United States Attorney